[No. 10129-7-II.    Division Two.    June 4, 1987.]

RICHARD W. BEN–NETH, *Respondent,* v. THE INDETERMINATE SENTENCE REVIEW BOARD, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-00398-1, Paula Casey, J., entered July 30, 1986. *Reversed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Thompson and Yencopal, JJ. Pro Tem. Now published at 49 Wn. App. 39.

[No. 8965-3-II.    Division Two.    June 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BOARDMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-00462-2, E. Albert Morrison, J., entered July 15, 1985. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Dolliver and Harris, JJ. Pro Tem.

[No. 9407-0-II.    Division Two.    June 4, 1987.]

PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY, *Appellant,* v. THE DEPARTMENT OF ECOLOGY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-00325-7, Paula Casey, J., entered December 2, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Arnold and Conoley, JJ. Pro Tem.